FILED
2006 Mar-31 AM 10:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **AMALI THOMAS OKPOJU,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action Number |
| **vs.** ) | **4:04-cv-2656-UWC** |
| ) | |
| **JOHN ASHCROFT,** *et. al.,* ) | |
| ) | |
| Defendants. ) | |

## ORDER

On March 1, 2006, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. On March 7, 2006, the defendant asked for an extension to file his response which was amended giving defendant until March 30, 2006, to respond. (Doc. 23.) That deadline has passed with no objections filed by either party.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court ACCEPTS the recommendations of the magistrate judge.

Therefore the petition for writ of habeas corpus is hereby DENIED.

Accordingly, this case is hereby DISMISSED, with prejudice.

Costs to be taxed as paid.

Done the 31st day of March, 2006.

_____
U.W. Clemon
Chief United States District Judge